UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CORBETT MCCALEB,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No.: **3:12-cv-00903-JPG-PMF** |
| | ) |
| **DAVID A REDNOUR**, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

This matter comes before the Court for case management purposes. The record reflects that Defendant David A. Rednour was served on January 1, 2013. *See* Doc. 23. Although Rednour was required to file an answer by February 1, 2013 (*see id.*), he did not. On March 5, 2013, Plaintiff was sent a notice of impending dismissal for failure to request entry of default against Rednour. *See* Doc. 24. The notice informed Plaintiff that Rednour would be dismissed unless Plaintiff moved for entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure within 21 days. *Id*. Plaintiff filed a response to the notice of impending dismissal (*see* Doc. 25) but did not move for entry of default. Accordingly, it is recommended that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO RECOMMENDED.

DATED: May 14, 2013.

*s/ Philip M. Frazier*
PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE