IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CORBETT MCCALEB,

    Plaintiff,

vs.

DAVID A. REDNOUR,

    Defendant.

Case No. 12-cv-903-JPG-PMF

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice as to all Defendants.

**NANCY J. ROSENSTENGEL**

**Dated:** June 3, 2013　　　　　　　　　　　　　　　s/Deborah Agans, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**